LINK:

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-0991 GAF (DTBx) | Date | July 22, 2010 |
|---|---|---|---|
| Title | Edgar Martinez v. American Home Mortgage Servicing Inc et al | | |

| Present: The Honorable | **GARY ALLEN FEESS** | | |
|---|---|---|---|
| Renee Fisher | None | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: | |
| None | | None | |

**Proceedings:** (In Chambers)

# FURTHER ORDER TO SHOW CAUSE

In its June 18, 2010 order, the Court stated that Plaintiff had failed to file a proof of service within 120 days of the filing of the Complaint, and ordered Plaintiff to show cause why this case should not be dismissed for lack of prosecution. (Docket No. 3.) The Court also indicated that Plaintiff could satisfy the order by "showing that service was effectuated within the 120 day deadline or by showing good cause for the failure to do so." (Id.)

Plaintiff now replies to the Court's order and contends that he "sen[t] out a Rule 4 [notice] to all named Defendants" prior to expiration of the 120-day deadline. (Response, Docket No. 5, at 1-2.) But the evidence cited to support this contention, a purported "Attachment 'A,'" is **not**, in fact, attached to Plaintiff's response. (Id.)

Plaintiff's reply also contends that upon "receiving the Order of the Court...[he] did personally serve said Defendants with the summons and complaint." (Id.) But the evidence cited to support this contention, a purported "Attachment 'B,'" is similarly absent. (Id.) Although Plaintiff has separately filed a proof of personal service upon defendant American Home Mortgage Servicing, Inc., he has not submitted any evidence that defendant K & L Mortgage was ever personally served. (See Docket No. 4 (reflecting personal service upon American Home Mortgage Servicing, Inc. on July 1, 2010).)

**LINK:**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-0991 GAF (DTBx) | Date | July 22, 2010 |
|---|---|---|---|
| Title | Edgar Martinez v. American Home Mortgage Servicing Inc et al | | |

    The Court concludes that Plaintiff's response does not adequately address the Court's concerns regarding lack of prosecution. Accordingly, Plaintiff is again **ORDERED TO SHOW CAUSE** why the Court should not dismiss this matter. To satisfy this order, Plaintiff **must file copies of all proofs of service**, or other similar evidence, **no later than Thursday, July 29, 2010**.

    **IT IS SO ORDERED.**