UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-0991 GAF (DTBx) | Date | February 14, 2011 |
|---|---|---|---|
| Title | Edgar Martinez v. American Home Mortgage Servicing Inc et al | | |

| Present: The Honorable | **GARY ALLEN FEESS** | | |
|---|---|---|---|
| Renee Fisher | None | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. | |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendants: | |
| None | | None | |

**Proceedings:** (In Chambers)

## ORDER DISMISSING CASE

Plaintiff Edgar Martinez ("Martinez" or "Plaintiff") filed his original complaint against Defendants American Home Mortgage Servicing, Inc. ("American Servicing"), and K & L Mortgage ("K&L") on February 10, 2010. (Docket No. 1.) On June 18, 2010, this Court issued an Order to Show Cause why this case should not be dismissed for lack of prosecution for failure to serve Defendants within 120 days of the filing of the complaint. (Docket No. 3.) In response, Martinez filed a proof of service on American Servicing, but did not file any proof of service on K&L. (See Docket No. 4.) The Court then issued a further Order to Show Cause noting this deficiency and giving Martinez until July 29, 2010, to file a proof of service on K&L. (Docket No. 6.)

The Court later granted Martinez leave to file a first amended complaint, which he filed on September 3, 2010. (See Docket Nos. 12, 13.) The FAC names American Servicing, K&L, and a third defendant—American Home Mortgage Acceptance, Inc. ("AHMA")—as defendants. Because Martinez did not file a proof of service on K&L by the July 29 deadline, the Court dismissed the claims against it for lack of prosecution. (Docket No. 17, 1/11/11 Order.) In addition, the Court ordered Martinez to show cause why the claims against AHMA should not be dismissed for failure to serve it within 120 days of filing the FAC. (Id.) The Court gave Martinez until January 31, 2011, to file a proof of service on AHMA and advised that a failure to respond to the Court's order would be deemed consent to dismissal of the claims against AHMA. (Id.)

To date, Martinez has not responded to the Court's Order to Show Cause. The Court therefore **DISMISSES** his claims against AHMA for failure to prosecute.

LINK:

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 10-0991 GAF (DTBx) | Date | February 14, 2011 |
|---|---|---|---|
| Title | Edgar Martinez v. American Home Mortgage Servicing Inc et al | | |

      After Plaintiff filed his First Amended Complaint, American Servicing filed a motion to dismiss, which the Court granted in part. (Docket Nos. 14, 16.) The Court's order dismissed all the federal claims against American Servicing and gave Martinez until November 19, 2010, to file an amended complaint. (Docket No. 16.) The order further informed Martinez that failure to amend would be deemed consent to dismissal of the federal causes of action against American Servicing. (Id.) Because Martinez did not file an amended complaint, the Court dismissed the federal claims against American Servicing on January 11, 2011. (1/11/11 Order.) At that time, the Court reserved its ruling regarding Martinez's pendent state law claims against American Servicing until it determined whether any federal claims would remain in this action. Because the Court has now dismissed the claims against AHMA for failure to prosecute, no federal claims remain. Because no federal claims remain, the Court declines to exercise supplemental jurisdiction over the state-law claims against American Servicing. See 28 U.S.C. § 1367(c)(3). Those claims are accordingly **DISMISSED**.

      Because no claims remain in this action, this case is **DISMISSED** in its entirety.

      **IT IS SO ORDERED.**